# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 17−12560−BLS |
| Woodbridge Group of Companies, LLC ) | Bankruptcy Chapter: 11 |
|     Debtor ) | |
| _____ ) | |
| Michael Goldberg ) | |
| ) | |
|     Plaintiff ) | Adv. Proc. No.: 19−50735−BLS |
| vs. ) | |
| Paul F. Happersett, in his capacity as trustee of the Paul F. Happersett Revocable Living Trust Agreement Dated 07/15/98; Paul F. Happersett ) | |
|     Defendant ) | |

### ORDER ASSIGNING ADVERSARY PROCEEDING TO MEDIATION AND APPOINTING MEDIATOR

    Pursuant to this Court's Local Rule 9019−5, Michael Goldberg , Plaintiff(s) and the above named Defendant(s) (collectively, the "Parties"), are directed to mediation to attempt to resolve disputes by and between the Parties relative to the above−captioned adversary proceeding. Upon the foregoing, it is hereby
    **ORDERED** that this matter is scheduled for  Trial on a date to be determined ; and it is further
    **ORDERED** that the above−captioned adversary proceeding is hereby assigned to mediation; and it is further
    **ORDERED** that the costs of the mediation shall be paid by the bankruptcy estate, or if there is no bankruptcy estate, by the plaintiff in the adversary proceeding, or as directed by the Court, or as indicated in the Stipulation to Appoint a Mediator; and it is further
    **ORDERED** that:
      (a) If the parties have stipulated to entry of this order, Ian Connor Bifferato , who has been selected by the parties is appointed the mediator in this adversary proceeding; or,
      (b) If the parties have not stipulated to entry of this order, the court appoints , who is a mediator from the Register of Mediators of the United States Bankruptcy Court for the District of Delaware, as the mediator in this adversary proceeding; and it is further
    **ORDERED** that this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware; and it is further
    **ORDERED** that all deadlines as defined in the Scheduling Order entered 9/4/20 shall apply.

Date: 10/28/20

                                                      Brendan Linehan Shannon
                                                      Bankruptcy Judge

(VAN−447)

United States Bankruptcy Court
District of Delaware

Goldberg,
    Plaintiff
Happersett,
    Defendant

Adv. Proc. No. 19-50735-BLS

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: Lesa | Page 1 of 2 |
| Date Rcvd: Oct 28, 2020 | Form ID: van447 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | | Andrew S. Caine, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 |
| md | + | Ian Connor Bifferato, The Bifferato Firm, 1007 N. Orange Street, 4th Floor, Wilmington, DE 19801-1242 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Paul F. Happersett |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

**Name**    **Email Address**

Bradford J. Sandler
    on behalf of Plaintiff Michael Goldberg bsandler@pszjlaw.com

Bridget Gallerie
    on behalf of Claims Agent Epiq Class Action & Claims Solutions  Inc. Pacerteam@choosegcg.com

Colin R. Robinson
    on behalf of Plaintiff Michael Goldberg crobinson@pszjlaw.com

Curtis A Hehn

District/off: 0311-1 | User: Lesa | Page 2 of 2
Date Rcvd: Oct 28, 2020 | Form ID: van447 | Total Noticed: 2

on behalf of Defendant Paul F. Happersett curtishehn@comcast.net

Ian Connor Bifferato

on behalf of Mediator Ian Connor Bifferato cbifferato@tbf.legal mstewart@tbf.legal

TOTAL: 5